```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
```

JUAN LUNA,

                               **Plaintiff,**              21-CV-05666 (NRB)(SN)

            -against-                              **ORDER**

CRAIG R. ANDERSON, et al.,

                               **Defendants.**

```
-------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

       On April 21, 2022, the Honorable Naomi Reice Buchwald assigned this matter to my docket for settlement. By April 27, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     April 22, 2022
                New York, New York