UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JUAN LUNA,

                              Plaintiff,

               -against-                                   21-CV-05666 (NRB)(SN)

CRAIG R. ANDERSON,                               **SETTLEMENT CONFERENCE ORDER**

                              Defendant.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Thursday, June 30, 2022, at 10:00 a.m. The Court is available to conduct this conference in person or by telephone, at the parties' request. Unless all parties request an in-person conference, the conference will be held by phone. The parties should discuss this question and advise the Court no later than seven days before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, June 23, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                              SARAH NETBURN
     Dated:     April 29, 2022                           United States Magistrate Judge
                  New York, New York