```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUAN LUNA,

                    Plaintiff,              21-CV-05666 (NRB)(SN)

    -against-                            ORDER

CRAIG R. ANDERSON, et al.,

                    Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      Due to a scheduling conflict, the settlement conference currently scheduled for June 30, 2022, at 10:00 a.m., is rescheduled to take place on July 7, 2022, at 10:00 a.m. The parties' settlement materials are to be submitted by June 30, 2022, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. The Court will provide dial-in information before the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 21, 2022
              New York, New York